# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY LAMOIRE,<br><br>  Plaintiff,<br><br>  v.<br><br>WESTERN AREA POWER ADMINISTRATION, et al.,<br><br>  Defendants. | No. 2:19-CV-1285-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Good cause appearing therefor, the scheduling conference currently set for November 20, 2019, is vacated pending resolution of defendant Western Area Power Administration's motion to dismiss.

IT IS SO ORDERED.

Dated: August 2, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1