# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY LAMOIRE,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN AREA POWER ADMINISTRATION, et al.,<br><br>Defendants. | No. 2:19-CV-1285-KJM-DMC<br><br><br>ORDER |

      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is defendant Western Area Power Administration's motion to dismiss. No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for September 11, 2019, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

Dated: September 4, 2019

                                        DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE