IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACY LAMOIRE,

    Plaintiff,

    v.

WESTERN AREA POWER ADMINISTRATION, et al.,

    Defendants.

No. 2:19-CV-1285-KJM-DMC

ORDER

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On December 16, 2019, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate]

1

court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 16, 2019, are adopted in full;

2. Defendant Western Area Power Administration's motion to dismiss (ECF No. 7) is granted;

3. Defendant Western Area Power Administration is dismissed; and

4. This action is remanded to the Shasta County Superior Court.

DATED: January 30, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE